# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CHRIS A. HALE CO., LLC, | : | CASE NO. 19-67877-jwc |
| | : | |
|     DEBTOR. | : | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

NANCY J. GARGULA
UNITED STATES TRUSTEE

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia   30303
(404) 331-4437, ext. 145
Thomas.w.Dworschak@usdoj.gov

# EXHIBIT A

**Lowe Electric Supply Company**
    c/o Heather Canceran
    P.O. Box 4767
    Macon, GA   31208
    478-743-8661 ext 1186
    heather.canceran@loweelectric.com

**AC-DC Electrical Logistics**
    c/o Nicole Butler
    AC-DC Electrical Logistics
    4304 Metric Dr Ste B
    Winter Park, FL 32792
    407-434-0007
    billing@acdcelectricallogistics.com

**Sharpe Contractors**
    c/o Shane Sharpe
    425 Buford Hwy, NW     Suite 204
    Suwanee, GA 30024
    678-765-8680
    sharpe@sharpegc.com

# CERTIFICATE OF SERVICE

This is to certify that I have on January 8, 2020, electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims using the Bankruptcy Court's Electronic Case Filing program, and served as followed by electronic mail:

    heather.canceran@loweelectric.com
    billing@acdcelectricallogistics.com
    sharpe@sharpegc.com

    */s/ Thomas W. Dworschak*